IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. CARL | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 09-3990 |
| | : | |
| WESTERN-SOUTHERN LIFE INSURANCE COMPANY | : : | |

**ORDER**

AND NOW, this 30th day of September, 2010, it is ORDERED Defendant Western-Southern Life Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12 (Document 25) is GRANTED.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.